IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 15-280 |
| | : | NO. 16-505 |
| THEODORE SANTIAGO | : | |

ORDER

And now, this 15th day of July 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Theodore Santiago for compassionate release under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 76) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.